ADAM PAUL LAXALT
Attorney General
GARRIT S. PRUYT
Deputy Attorney General
Nevada Bar No. 13228
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV  89701-4717
Tel:  (775) 684-1259
E-mail:  gpruyt@ag.nv.gov

*Attorneys for Defendants
Romeo Aranas, James G. Cox, Chilton Leach,
Jake Murphy, Dwight Neven, Cynthia Sablica,
And Nevada Department of Corrections*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RAMON INIGUEZ,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA ex rel.,<br><br>　　　　　Defendants. | Case No. 2:15-cv-01659-APG-PAL<br><br>**JOINT MOTION FOR TWENTY-ONE DAY STAY** |

　　　　It is hereby stipulated and agreed by and between Plaintiff, Ramon Iniguez, *pro se*, and Defendants Romeo Aranas, James G. Cox, Chilton Leach, Jake Murphy, Dwight Neven, Cynthia Sablica, and the Nevada Department of Corrections (NDOC), by and through their counsel, Nevada Attorney General Adam Paul Laxalt and Deputy Attorney General Garrit S.Pruyt, of the State of Nevada, Office of the Attorney General that Plaintiff and Defendants

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

have entered into a settlement agreement. Plaintiff and Defendants jointly request a twenty-one (21) day stay of all filing deadlines in which to complete terms, execute the Agreement, and file a Stipulation for Dismissal with the Court on or before October 30, 2015.

Ramon Iniguez #83156
Plaintiff, *Pro se*

By: ____R. Iniguez____     Date: 10-7-15
     RAMON INIGUEZ

ADAM PAUL LAXALT
Attorney General

By: _____     Date: 10/7/15
     GARRIT S. PRUYT
     Deputy Attorney General
     Bureau of Litigation
     Public Safety Division

*Attorneys for Defendants*

Office of the
Attorney General
100 N. Carson St.
Carson City, NV
89701-4717

**ORDER GRANTING JOINT MOTION FOR TWENTY-ONE DAY STAY**

Having considered the preceding **JOINT MOTION FOR TWENTY-ONE DAY STAY**, as agreed to by the parties' herein above, good cause having been shown,

IT IS HEREBY ORDERED that that Defendants and Plaintiff shall have twenty-one day stay of all deadlines, till October 30, 2015, to complete the Settlement Agreement and file the appropriate Stipulation to Dismiss.

Dated this __13th__ day of ____October____, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on October 7, 2015, I caused to be deposited for mailing, a true and correct copy of the foregoing **JOINT MOTION FOR TWENTY-ONE DAY STAY,** to the following:

Ramon Iniguez #83156
High Desert State Prison
P.O. Box 650
Indian Spring, NV 89070

Ramon Iniguez #83156
Southern Desert Correction Center
P.O. Box 208
Indian Springs, NV 89070-0208

*/s/ Amul White*
An employee of the
Office of the Attorney General